Richard K. Grosboll, State Bar No. 099729
Eileen M. Bissen, State Bar No. 245821
NEYHART, ANDERSON, FLYNN & GROSBOLL
369 Pine Street, Suite 800
San Francisco, CA 94104
Tel.   (415) 677-9440
Fax   (415) 677-9445
Email: ebissen@neyhartlaw.com

**Attorneys for Plaintiffs**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELECTRICAL INDUSTRY SERVICE BUREAU, INC.; NORTHERN CALIFORNIA ELECTRICAL WORKERS PENSION TRUST; SAN FRANCISCO ELECTRICAL INDUSTRY APPRENTICESHIP AND TRAINING TRUST; ELECTRICAL WORKERS HEALTH AND WELFARE TRUST; NATIONAL ELECTRIC BENEFIT FUND; INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 6 VACATION FUND; INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 6; and TIM DONOVAN as Trustee of each of the Plaintiff Trust Funds except the National Electrical Benefit Fund and as agent for Plaintiff National Electrical Benefit Fund,<br><br>Plaintiffs,<br>v.<br><br>J P ELECTRICAL CO., a California sole proprietorship; and JERRY JIAN JI HAN, an individual dba J P ELECTRICAL CO.;<br><br>Defendants. | Case No.   12-cv-03681-SI<br><br>[~~PROPOSED~~] **ORDER GRANTING ADMINISTRATIVE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE** |

NEYHART,
ANDERSON,
FLYNN &
GROSBOLL
ATTORNEYS AT LAW

[PROPOSED] ORDER
Case No. 12-cv-03681-SI

0

[PROPOSED] ORDER:

IT IS HEREBY ORDERED, pursuant to the parties' stipulation, that the Case Management Conference currently scheduled in the above-referenced case for February 8, 2013 at 3:00 p.m. is continued to _____March 8, 2013_____, 2013.

**IT IS SO ORDERED.**

Dated: __2/5/13__

_____
HONORABLE JUDGE ILLSTON
U.S. DISTRICT COURT JUDGE

NEYHART,
ANDERSON,
FLYNN &
GROSBOLL
ATTORNEYS AT LAW

[PROPOSED] ORDER
Case No. 12-cv-03681-SI

1