1  Richard K. Grosboll, State Bar No. 099729
   Eileen M. Bissen, State Bar No. 245821
2  NEYHART, ANDERSON, FLYNN & GROSBOLL
   369 Pine Street, Suite 800
3  San Francisco, CA  94104
   Tel.    (415) 677-9440
4  Fax     (415) 677-9445
   Email: ebissen@neyhartlaw.com
5
   **Attorneys for Plaintiffs**
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10
   ELECTRICAL INDUSTRY SERVICE          Case No.   12-cv-03681-SI
11 BUREAU, INC.; NORTHERN
   CALIFORNIA ELECTRICAL WORKERS        [PROPOSED] ORDER GRANTING
12 PENSION TRUST; SAN FRANCISCO         ADMINISTRATIVE MOTION TO
   ELECTRICAL INDUSTRY                  CONTINUE CASE MANAGEMENT
13 APPRENTICESHIP AND TRAINING          CONFERENCE AND DEADLINE TO
   TRUST; ELECTRICAL WORKERS            COMPLETE MEDIATION
14 HEALTH AND WELFARE TRUST;
   NATIONAL ELECTRIC BENEFIT FUND;
15 INTERNATIONAL BROTHERHOOD OF
   ELECTRICAL WORKERS LOCAL 6
16 VACATION FUND; INTERNATIONAL
   BROTHERHOOD OF ELECTRICAL
17 WORKERS LOCAL 6; and  TIM
   DONOVAN  as Trustee of each of the
18 Plaintiff Trust Funds except the National
   Electrical Benefit Fund and as agent for
19 Plaintiff National Electrical Benefit Fund,

20                   Plaintiffs,
          v.
21
   J P ELECTRICAL CO., a California sole
22 proprietorship; and JERRY JIAN JI HAN, an
   individual dba J P ELECTRICAL CO.;
23
                     Defendants.
24

25

NEYHART,
ANDERSON,
FLYNN &           26
GROSBOLL
ATTORNEYS AT LAW  27  _____

                                                [PROPOSED] ORDER
                  28                            Case No. 12-cv-03681-SI

                              0

## [PROPOSED] ORDER

IT IS HEREBY ORDERED, pursuant to the parties' stipulation, that the Case Management Conference currently scheduled in the above-referenced case for March 8, 2013 at 3:00 p.m. is continued to __May 10, 2013__, 2013. It is also ordered that the February 28, 2013 deadline to complete mediation be extended to __4/25/13__, 2013.

**IT IS SO ORDERED.**

Dated: __2/21/13__

_____
HONORABLE JUDGE ILLSTON
U.S. DISTRICT COURT JUDGE

NEYHART,
ANDERSON,
FLYNN &
GROSBOLL
ATTORNEYS AT LAW

[PROPOSED] ORDER
Case No. 12-cv-03681-SI

1