1  Richard K. Grosboll, State Bar No. 099729
   Eileen M. Bissen, State Bar No. 245821
2  NEYHART, ANDERSON, FLYNN & GROSBOLL
   369 Pine Street, Suite 800
3  San Francisco, CA  94104
   Tel.    (415) 677-9440
4  Fax     (415) 677-9445
   Email: ebissen@neyhartlaw.com
5

6  **Attorneys for Plaintiffs**

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 ELECTRICAL INDUSTRY SERVICE        Case No.   12-cv-03681-SI
   BUREAU, INC.; NORTHERN
12 CALIFORNIA ELECTRICAL WORKERS      [PROPOSED] ORDER GRANTING
   PENSION TRUST; SAN FRANCISCO       ADMINISTRATIVE MOTION TO
13 ELECTRICAL INDUSTRY                CONTINUE CASE MANAGEMENT
   APPRENTICESHIP AND TRAINING        CONFERENCE AND DEADLINE TO
14 TRUST; ELECTRICAL WORKERS          COMPLETE MEDIATION
   HEALTH AND WELFARE TRUST;
15 NATIONAL ELECTRIC BENEFIT FUND;
   INTERNATIONAL BROTHERHOOD OF
16 ELECTRICAL WORKERS LOCAL 6
   VACATION FUND; INTERNATIONAL
17 BROTHERHOOD OF ELECTRICAL
   WORKERS LOCAL 6; and  TIM
18 DONOVAN  as Trustee of each of the
   Plaintiff Trust Funds except the National
19 Electrical Benefit Fund and as agent for
   Plaintiff National Electrical Benefit Fund,
20
                Plaintiffs,
21     v.

22 J P ELECTRICAL CO., a California sole
   proprietorship; and JERRY JIAN JI HAN, an
23 individual dba J P ELECTRICAL CO.;

24              Defendants.

25

NEYHART,
ANDERSON,
FLYNN &
GROSBOLL
ATTORNEYS AT LAW

[PROPOSED] ORDER
Case No. 12-cv-03681-SI

0

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED, pursuant to the parties' stipulation, that the Case Management Conference currently scheduled in the above-referenced case for March 8, 2013 at 3:00 p.m. is continued to __May 10, 2013__, 2013. It is also ordered that the February 28, 2013 deadline to complete mediation be extended to __4/25/13__, 2013.

**IT IS SO ORDERED.**

Dated: __2/21/13__

_____
HONORABLE JUDGE ILLSTON
U.S. DISTRICT COURT JUDGE

[PROPOSED] ORDER
Case No. 12-cv-03681-SI

1