TEDDY TSAO-WU, ESQ. (SBN 221240)
SUZAN YEE, ESQ. (SBN 88418)
**TSAO-WU, CHOW & YEE LLP**
The Monadnock Building
685 Market Street, Suite 460
San Francisco, California  94105
Telephone:  (415) 777-1688
Facsimile:   (415) 777-2298

Attorneys for Defendants
J P ELECTRICAL CO., a California sole proprietorship, and JERRY JIAN JI HAN an individual d/b/a J P ELECTRICAL CO.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELECTRICAL INDUSTRY SERVICES BUREAU, INC., et al.,<br><br>           Plaintiffs,<br><br>     v.<br><br>J P ELECTRICAL CO., etc., et al.,<br><br>           Defendants. | Case No. CV 12 3681<br><br>[~~PROPOSED~~]<br>**ORDER GRANTING ADMINISTRATIVE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE** |

IT IS ORDERED that the administrative motion of defendants for continuance of the Case Management Conference set for May 10, 2013 be, and the same is hereby, GRANTED.  The Case Management Conference is continued to __6/21/13__ at the hour of 3:00 p.m. in Courtroom 10 of the above-entitled court.

Dated:  5/6/13

_____
**HON. SUSAN ILLSTON**
UNITED STATES DISTRICT JUDGE

ORDER GRANTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE
1